UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-09088 SB (AFMx) | Date: | January 26, 2021 |
|---|---|---|---|

| Title: | *Michelle P. Howard v. NCB Management Services, Inc.* |
|---|---|

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]

The Court sets an Order to Show Cause hearing re Dismissal on February 19, 2021 at 8:30 a.m. for Plaintiff's failure to prosecute. If the parties file a proposed order to dismiss the entire action with prejudice by February 12, 2021, the OSC shall be taken off calendar without further notice.

**IT IS SO ORDERED**.